COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard a/k/a Jon Clinkenbeard

Appellate case number:  01-19-00059-CV

Trial court case number:  1107951

Trial court:  County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed a motion to extend time to February 8, 2021, to file a motion for en banc reconsideration. Appellant's motion is **granted** and appellant is **ordered** to file a motion for en banc reconsideration, if any, no later than February 8, 2021.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.


Judge's signature:  /s/  Sherry Radack

☑ Acting individually   ☐ Acting for the Court

Date: January 21, 2021